UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> MICHAEL VINAL  ) <br> ) <br> ) | CRIMINAL NO. 03-10354-PBS <br><br> 18 U.S.C. § 1512(b)(3) <br> (Witness Tampering) |

INDICTMENT

INTRODUCTION

The Grand Jury charges that:

1. At all times material to this Indictment, the Defendant, Michael Vinal, worked at a company herein identified as ABC Company, an aggregate supplier and general contractor, based in Massachusetts.

2. ABC Company and various of its employees are the targets of a federal investigation focusing on fraudulent billing in connection with federal highway projects where the federal government was billed for loads of asphalt that were not actually delivered or billed for amounts of asphalt that exceeded the amount of asphalt actually delivered.

3. At various times material to this Indictment, Michael Vinal worked on a crew at ABC Company which was supervised by an individual herein identified as R.F. R.F. is also a target of the federal investigation.

4. In March, 2003, a cooperating witness recorded a telephone conversation with R.F., during which R.F. made some incriminating statements.

5. Shortly thereafter, on March 27, 2003, law enforcement officers executed a lawful search warrant at ABC Company, thereby making many ABC Company employees aware of the ongoing law enforcement investigation. On April 9, 2003, ABC Company was served with a grand jury subpoena for additional records.

6. In early June 2003, an attorney representing R.F. was informed by the government that his client's conversation with a cooperating witness had been recorded. The attorney was given some details about the substance of the conversation, although the identity of the cooperating witness was not specifically disclosed. Further, the attorney was told that his client was the subject of a grand jury investigation and that his client would likely become a target of that investigation.

7. During this same period of time, R.F.'s brother was served with a grand jury subpoena. On June 18, 2003, the attorney representing R.F. informed the government that he was representing the brother as well as R.F.

8. Later, during the evening of June 18, 2003, Michael Vinal called the cooperating witness and left a threatening message on his work answering machine.

<u>COUNT ONE</u>

(Witness Tampering - 18 U.S.C. § 1512(b)(3)

The Grand Jury further charges that:

9. Paragraphs 1-8 are incorporated by reference as though fully set forth herein.

10. On or about June 18, 2003, in the District of Massachusetts, the defendant,

MICHAEL VINAL

did knowingly intimidate, threaten, attempt to intimidate and attempt to threaten a cooperating witness by placing a threatening telephone call with the intent to hinder, delay and prevent the communication to a law enforcement officer of information relating to the commission or possible commission of a Federal offense, namely false statements in connection with construction of any highway or related project in violation of Title 18, United States Code, Section 1020.

All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL

_Roger Allen_
FOREPERSON OF THE GRAND JURY

_[signature]_
Adam J. Bookbinder
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; November 20, 2003.

Returned into the District Court by the Grand Jurors and filed.

_Uma Cuffsa_
DEPUTY CLERK

11-20-03 at 12:45 pm