AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

MICHAEL VINAL

**EXHIBIT AND WITNESS LIST**

Case Number:  03CR10354-PBS

| PRESIDING JUDGE COLLINGS | PLAINTIFF'S ATTORNEY ADAM BOOKBINDER | DEFENDANT'S ATTORNEY KEVIN REDDINGTON |
|---|---|---|
| TRIAL DATE (S) 12/5/03 | COURT REPORTER Digital Record | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/5/03 |  |  | Theodore Douherty; Special Agent D.O.T. for the Govt. |
| 1 |  | 12/5/03 | X | X | Tape from answering machine |
| 2 |  | 12/5/03 | X | X | Transcript of recording from answering machine |
| 3 |  | 12/5/03 | X | X | Telephone subscriber report |
| 4 |  | 12/5/03 | X | X | Printout of phone numbers |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages