AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF ___MA___

**APPEARANCE**

*filed in Open Court*
*12-5-03*
*11:05 AM*

Case Number: 03-10354-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Vinal

Date: 12-5-03

Signature

Print Name: Kevin J. Reddington

Address: 1342 Belmont St

City: Brockton   State: MA.   Zip Code:

Phone Number: 728-583-4280