UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) CRIMINAL NO. 03-10354-PBS |
| v. | ) |
| | ) |
| MICHAEL VINAL, | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the government in the above-

captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GEORGE B. HENDERSON, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

## CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

This _16th_ day of December, 2003.

_____
GEORGE B. HENDERSON, II
Assistant U.S. Attorney