# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                CRIMINAL NO. 2003-10354-PBS

MICHAEL VINAL,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on January 21, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    No experts will be called.

    (3)    No.

    (4)    No non-discovery type motions will be filed.

    (5)    *See* Order of Excludable Delay entered this date.

    (6)    Unknown whether there will be a plea; the trial would last a week.

    (7)    The Final Status Conference is set for *Monday, March 29, 2004 at 2:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

    (1)    *See* ¶¶ (1)-(4), *supra*.

    (2)    It does not.

    (3)    None.

    (4)    *See* Order of Excludable Delay entered this date.

    (5)    Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 21, 2004.