# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2003-10354-PBS

MICHAEL VINAL,
      Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

11/20/2003 - Indictment returned.

12/2/2003 - Initial Appearance

12/2-8/2003 -   Government's Motion for Detention - from filing to decision.

12/5/2003 - Arraignment

12/6/2003 - 1/2/2004 - Excluded as per L.R. 112.2(A)(2).

1/21/2004 - Conference held.

1/22 - 3/28/2004 -   Continuance granted in order for counsel for the

defendant and counsel for the Government to attempt to reach a plea agreement. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of March 28, 2004, TWENTY (20) non-excludable days will have occurred leaving FIFTY (50) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 21, 2004.