# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBST

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## MOTION TO AMEND ORDER OF RELEASE

Now comes the defendant, Michael Vinal, in the above numbered indictment and moves this Court for an order amending its order of release and granting its permission for the defendant to leave the County of Plymouth on February 13, 2004 and February 17, 2004 so that the defendant can pick up a friend at Logan Airport who is coming to visit him at his home. The defendant would then need to bring his friend back to the airport on February 17, 2004.

Michael Vinal,
By his attorney

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280

## *CERTIFICATE OF SERVICE*

    I, Kevin J. Reddington, Esq., Attorney for the Defendant, Michael Vinal, hereby certify that I have forwarded a copy of the within Motion to Amend Order of Release, this date, via regular mail, to;

Adam J. Bookbinder
Assistant United States Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

_____
Kevin J. Reddington, Esq.

DATED: February 2, 2004
cc:  Federal Pretrial Services