UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10354-PBS |
| ) | |
| MICHAL VINAL ) | |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The government and the defendant, Michael Vinal, submit this joint memorandum addressing the items set forth in Local Rules 116.5(C)(1-9):

(1)  **Outstanding Discovery Issues**

There are no outstanding discovery issues.

(2)  **Ongoing Discovery**

The parties are aware of their continuing discovery obligations in the event that they obtain additional material subject to discovery.

(3)  **Insanity, Diminished Capacity or Public Authority**

The defendant does not intend to raise a defense of insanity or diminished capacity, or public authority.

(4)  **Alibi**

The United States has requested notice of alibi. The defendant has provided no notice.

(5)  **Motion Schedule**

The defendant will not be filing dispositive motions or motions to suppress.

(6)  Trial Schedule

The parties are continuing to discuss the possibility of a plea agreement. But if they are unable to reach an agreement, the District Court will have to schedule a trial.

(7)  Trial

Because no agreement on an early resolution is imminent, the parties agree that this matter should be sent to the District Court for an initial pre-trial conference.

(8)  Speedy Trial Clock

The Court's January 21, 2004 Order has excluded all but 20 days from the speedy trial clock, leaving 50 days before a trial must begin. The parties jointly ask the Court to exclude all time from March 28, 2004 until the initial pretrial conference because they believe that they need this time to continue plea discussions. The parties therefore ask the Court to find that the ends of justice served by this exclusion outweigh the defendant's and the public's interest in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

(9)  Estimated length of trial: 1 week.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Adam J. Bookbinder
Assistant U.S. Attorney
(617) 748-3100

KEVIN REDDINGTON
Counsel for Vinal

_____
1342 Belmont St.
Brockton, MA 02301
(617) 737-8558

Dated: March 24, 2004