# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                      CRIMINAL NO. 2003-10354-PBS

MICHAEL VINAL,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/29/2004 - Conference held.

3/30 - 4/29/2004 -   Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of April 29, 2004, TWENTY (20) non-excludable days have occurred leaving FIFTY (50) days left to commence trial so as to be within the

seventy-day period for trial set by statute.

/s/ Robert B. Collings

March 31, 2004.

ROBERT B. COLLINGS
United States Magistrate Judge