# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2003-10354-PBS

MICHAEL VINAL,
        Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on March 29, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    None.

    (2)    No.

    (3)    No.

    (4)    The United States has requested notice of alibi; the defendant has not responded.

(5) No non-discovery type motions; the Government shall respond to any motions will be filed.

(6) An Initial Pretrial Conference should be set as soon as possible after April 30, 2004 to set a firm trial date.

(7) Whether the defendant will plead is unknown.

(8) *See* Further Order of Excludable Delay entered this date.

(9) Five trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra*.

(4) *See* ¶ (8), *supra*.

(5) Five trial days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 on or after April 30, 2004 to set a firm trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE SARIS' SESSION.

  The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

               /s/ Robert B. Collings
               ROBERT B. COLLINGS
               United States Magistrate Judge

March 31, 2004.