UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|  | NO.  03-10354-PBS |
| v. | |
| MICHAEL VINAL | |

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                April 2, 2004

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **May 6, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10354-PBS |
| v. | |
| MICHAEL VINAL | |

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                                          April 2, 2004

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **May 6, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                   By the Court,

                                                     /s/ Robert C. Alba
                                                   Deputy Clerk

Copies to:  All Counsel