UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBST

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## MOTION TO AMEND ORDER OF RELEASE
(Assented To)

Now comes the defendant, Michael Vinal, in the above numbered indictment and moves this Court for an order amending its order of release and granting its permission for the defendant to travel to other counties other than the County of Plymouth due to his being called back to work on road construction projects after the winter lay off.

In support of the within motion the defendant avers his work will require him to travel intermittently to the Counties of Barnstable, Norfolk and Suffolk as a result of road construction projects presently underway in Barnstable, Norwell and Boston. The defendant will not enter into the County of Bristol where the government witness in this case is presently residing. All other pretrial orders/restrictions will remain in full force and effect.

Counsel has contacted Assistant United States Attorney Adam Bookbinder and received his assent to this request.

> Michael Vinal,
> By his attorney
>
> *[signature]*
>
> Kevin J. Reddington, Esq.
> 1342 Belmont Street, Suite 203
> Brockton, Massachusetts 02301
> (508) 583-4280

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Michael Vinal, hereby certify that I have forwarded a copy of the within Assented to Motion to Amend Order of Release, this date, via regular mail, to;

Adam J. Bookbinder
Assistant United States Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Kevin J. Reddington, Esq.

DATED: April 14, 2004

LAW OFFICES OF
# KEVIN J. REDDINGTON

**BOARD CERTIFIED CRIMINAL TRIAL SPECIALIST**

OF COUNSEL
STEPHANIE MARTIN GLENNON

April 14, 2004

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

Robert Alba, Courtroom Clerk to
Judge Patti B. Saris
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 5209
Boston, MA  02210

RE:   United States vs. Michael Vinal
      No. 03-CR-10354-PBS

Dear Mr. Alba:

Enclosed please find the above captioned defendant's Assented to Motion to Amend Order of Release for the Court's consideration.

Please advise as soon as Judge Saris has acted upon the enclosed motion.

Thank you for your attention.

Very truly yours,

Kevin J. Reddington

KJR/lam
encl
cc:  Adam Bookbinder, Assistant U.S. Attorney
     Federal Pretrial Services
     Michael Vinal

THE NATIONAL BOARD OF TRIAL ADVOCACY IS A PRIVATE
ORGANIZATION WHOSE STANDARDS ARE NOT REGULATED
BY THE COMMONWEALTH OF MASSACHUSETTS