UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBST

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

### DEFENDANT'S ASSENTED TO
### MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

Now comes the defendant, Michael Vinal, in the above captioned matter, through counsel, and hereby requests that this matter which is presently scheduled for final pretrial conference on May 6, 2004 at 4:00 p.m. be continued to June 7, June 8 or June 9, 2004 at 4:00 p.m.

In support of the within motion counsel for the defendant avers that he began the trial of Commonwealth vs. Robert Therrien in Barnstable Superior Court on May 3, 2004. A copy of the order of the Court is annexed hereto and incorporated herein. It is not anticipated that the Therrien matter will reach jury verdict before May 17th. Counsel has contacted Assistant U.S. Attorney Adam Bookbinder and received his assent to this continuance.

WHEREFORE counsel for the defendant requests that this matter be continued.

FURTHER, the defendant would submit that this requested continuance would not be calculated into the excludable delay timeframe under the Speedy Trial Act.

Michael Vinal
by his attorney

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, MA  02301
(508) 583-4280
BBO #414160

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280 / (508) 580-6186

## AFFIDAVIT IN SUPPORT OF
## MOTION TO CONTINUE

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that:

1.) I am the attorney representing the defendant in the instant case who is presently scheduled to appear before the Court on May 6, 2004 at 4:00 p.m. for final pretrial conference.

2.) Counsel began the arson trial of <u>Commonwealth vs. Robert Therrien</u> in Barnstable Superior Court on May 3rd. The Therrien trial is expected to take at least two weeks to reach jury verdict.

3.) As a result, counsel for the defendant must request that the instant matter be continued.

Signed under the pains and penalties of perjury this 3rd day of May, 2004.

Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280 / (508) 580-6186

SUPERIOR COURT
BARNSTABLE SS
FILED FEB 24 2004
/s/ Clerk

Commonwealth of Massachusetts

Barnstable County

Barnstable Superior Court
Case No. 02-037-01-04

*Feb. 24 2004*
*Motion allowed*
*by the Court,*
*[signature]*

Commonwealth of Massachusetts

v.

Robert Therrien

## Commonwealth's Motion for Continuance of Proceedings

The Commonwealth respectfully requests that the Court advance and continue the above case from the currently scheduled trial date of May 10, 2004 to May 3, 2004.

In support of this motion the Commonwealth states the following:

1. One of the Commonwealth's witnesses for trial is unavailable for the week of May 10, 2004;
2. I have spoken with defense counsel Kevin J. Reddington, and he assents to this motion and new trial date; and
3. I have called the Clerk in Barnstable Superior Court and they have informed me that May 3, 2004 is convenient to the Court.

For the foregoing reasons, the Commonwealth respectfully requests this Court grant the Motion for Continuance.

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Michael Vinal, hereby certify that I have forwarded a copy of the within Motion to Continue with supporting affidavit, this date, via regular mail, to;

Adam J. Bookbinder
Assistant United States Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Kevin J. Reddington, Esq.

DATED: May 3, 2004