UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10354-PBS |
| ) | |
| ) | 18 U.S.C. § 1512(b)(3) |
| MICHAEL VINAL ) | (Witness Tampering) |
| ) | |

## SUPERSEDING INDICTMENT

### INTRODUCTION

The Grand Jury charges that:

1. At all times material to this Indictment, the Defendant, Michael Vinal, worked at a company herein identified as ABC Company, an aggregate supplier and general contractor, based in Massachusetts.

2. ABC Company and various of its employees are the targets of a federal investigation focusing on fraudulent billing in connection with federal highway projects where the federal government was billed for loads of asphalt that were not actually delivered or billed for amounts of asphalt that exceeded the amount of asphalt actually delivered.

3. At various times material to this Indictment, Michael Vinal worked on a crew at ABC Company which was supervised by an individual herein identified as R.F. R.F. is also a target of the federal investigation.

4. In March, 2003, a cooperating witness recorded a telephone conversation with R.F., during which R.F. made some incriminating statements.

5. Shortly thereafter, on March 27, 2003, law enforcement officers executed a lawful search warrant at ABC Company, thereby making many ABC Company employees aware of the ongoing law enforcement investigation. On April 9, 2003, ABC Company was served with a grand jury subpoena for additional records.

6. In early June 2003, an attorney representing R.F. was informed by the government that his client's conversation with a cooperating witness had been recorded. The attorney was given some details about the substance of the conversation, although the identity of the cooperating witness was not specifically disclosed. Further, the attorney was told that his client was the subject of a grand jury investigation and that his client would likely become a target of that investigation.

7. During this same period of time, R.F.'s brother was served with a grand jury subpoena. On June 18, 2003, the attorney representing R.F. informed the government that he was representing the brother as well as R.F.

8. Later, during the evening of June 18, 2003, Michael Vinal called the cooperating witness and left a threatening message on his work answering machine.

## COUNT ONE
(Witness Tampering - 18 U.S.C. § 1512(b)(3))

The Grand Jury further charges that:

9. Paragraphs 1-8 are incorporated by reference as though fully set forth herein.

10. On or about June 18, 2003, in the District of Massachusetts, the defendant,

## MICHAEL VINAL

did knowingly intimidate, threaten, attempt to intimidate and attempt to threaten a cooperating witness by placing a threatening telephone call with the intent to hinder, delay and prevent the communication to a law enforcement officer of information relating to the commission or possible commission of a Federal offense, namely false statements in connection with construction of any highway or related project in violation of Title 18, United States Code, Section 1020.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## NOTICE OF ADDITIONAL FACTOR

The Grand Jury further charges:

11.    VINAL's witness tampering involved causing or threatening to cause physical injury to a person, or property damage, as described in U.S.S.G. § 2J1.2.

A TRUE BILL

/s/ Roger Allen
FOREPERSON OF THE GRAND JURY

/s/ Adam J. Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; August 26, 2004.

Returned into the District Court by the Grand Jurors and filed.

/s/ Maria
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. _II_   Investigating Agency _DOT_

City   _Various_   **Related Case Information:**

County   _Bristol, Plymouth_   Superseding Ind./ Inf.  _Yes_   Case No.  _03-10354-PBS_
Same Defendant  _Yes_   New Defendant  _____
Magistrate Judge Case Number  _____
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   _Michael Vinal_   Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _85 Annawon Drive, Halifax, MA 02338_

Birth date: _7/14/65_   SS#: _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_   Sex: _M_   Race: _____   Nationality: _____

Defense Counsel if known:   _Kevin Reddington_   Address:  _1342 Belmont St., Suite 203_
                                                            _Brockton, MA 02301_

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   _Adam J. Bookbinder_   Bar Number if applicable   _566590_

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:   _12/2/03_

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  _Magistrate Judge Collings_   on   _12/5/03_

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  _12/26/04_   Signature of AUSA:  _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy  _____

**Name of Defendant**    Michael Vinal

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1512(b)(3) | Witness Tampering | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____