UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBS

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE TRIAL

Now comes the defendant, Michael Vinal, in the above numbered indictment and respectfully moves this Court for an order continuing his case which is presently scheduled for trial on October 12, 2004.

In support of the within motion counsel for the defendant annexes an affidavit which is incorporated herein by reference. Counsel for the defendant has conferred with Assistant United States Attorney Adam Bookbinder and received his assent to this continuance.

Further, the defendant waives his rights to speedy trial and his rights under the Speedy Trial Act 18 U.S.C. §3161.

                                                Michael Vinal
                                                By his attorney

                                                /s/ Kevin J. Reddington

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Criminal No.**
**03-10354-PBS**

**UNITED STATES OF AMERICA**

**VS.**

**MICHAEL VINAL**

**AFFIDAVIT IN SUPPORT OF**
**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE TRIAL**

I, Kevin J. Reddington, being first duly sworn, depose and say that;

1.) I represent Michael Vinal in the above numbered criminal matter which is presently scheduled for trial on October 12, 2004.

2.) Counsel is scheduled to begin the rape trial of <u>Commonwealth vs. Mark Scanzillo</u> in Brockton Superior Court on September 20th to be immediately followed by the rape trial of <u>Commonwealth vs. Arnold Casavant</u>. Two homicide trials are scheduled to follow; <u>Commonwealth vs. George Berdos</u> in Dedham District Court and <u>Commonwealth vs. John Fernandes</u> in Brockton Superior Court.

3.) Counsel has been actively on trial during the course of the past several months in the courts of the Commonwealth of Massachusetts as well as the United States District Court on several pending matters.

4.) Further, the underlying investigation into this matter is still continuing and a continuance of the present trial date will benefit the discovery process.

5.) As a result of the above, counsel would request that this Court considering granting the motion to continue the trial of the instant case to January 17, 2005 or a date thereafter convenient to the Court's calendar.

6.) Counsel has consulted with Assistant United States Attorney Adam Bookbinder and received his assent to this request.

Signed under the pains and penalties of perjury this 13th day of September, 2004.

                                                                  _____
/s/ Kevin J. Reddington, Esq.