UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBS

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE HEARING

Now comes the defendant, Michael Vinal, in the above numbered indictment and respectfully moves this Court, through his counsel, for an order rescheduling the date of the motion hearing which has presently been scheduled for November 9, 2004 at 4:00 p.m. to November 15, November 17, November 18 or November 19th.

In support of the within motion counsel for the defendant notes that he has a pre-planned family vacation where counsel was leaving from November 10th-November 14th and has just been contacted by the travel agent advising that the flight that counsel was to take on the morning of the 10th has been overbooked and the only way that a flight can be obtained is if counsel flies from Logan Airport at 4:15 p.m. on November 9th to Miami, Florida and stay in Miami overnight and take a flight from Miami the following morning. This is information that was just brought to my attention on Friday, October 22, 2004.

Therefore, counsel must request that this Court consider continuing the motion hearing to any of the dates as mentioned above or a date thereafter and I assure the Court that I will make myself available any day after November 14, 2004. Counsel has contacted Assistant United States Attorney Adam Bookbinder as well as Attorney Charles Rankin who will be representing a witness on a Motion to Quash, has coordinated counsels' respective schedules and, as a result, the above dates are being presented to the Court for its consideration.

Further, the defendant waives his rights to speedy trial and his rights under the Speedy Trial Act 18 U.S.C. §3161.

>Michael Vinal
>By his attorney
>
>/s/ Kevin J. Reddington