**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

**Criminal No.**
**03-10354-PBST**

**UNITED STATES OF AMERICA**

**VS.**

**MICHAEL VINAL**

## MOTION FOR FURTHER DISCOVERY

The defendant, Michael Vinal, does hereby move for an order of this Court directing the government to provide the defendant with the discovery materials heretofore requested and ordered to be produced.

Further, the defendant requests that his objection to any testimony from Attorney Peter Parker, an attorney subpoenaed to this trial be noted. Should this Court permit this testimony the defendant moves for disclosure prior to trial of all reports, transcripts, memoranda and evidence detailing the time, place and content of the conversation(s) between Attorney Parker and government counsel as well as all records and documents setting forth the same such as telephone records or logs.

Conversely, the defendant respectfully requests any exculpatory evidence pertaining to the government's contention that somehow Attorney Parker spoke to his client which information somehow was provided to the defendant including any evidence to the contrary.

  Defense counsel is presently on trial in a first degree murder cases, <u>Commonwealth vs. Jason Cabrera</u> in Brockton Superior Court before Hon. Linda Giles and is therefore not appending a brief to this motion but files it to insure its consideration by this Court prior to the imminent trial date of December 13, 2004.  Said motion depends on this Court's ruling on any motion for a protective order filed by Attorney Parker expected to be heard by this Court on November 19, 2004.

         Michael Vinal
         By his attorney,


         /s/ Kevin J. Reddington, Esquire