UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBST

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM THE SUPERCEDING INDICTMENT AND MOTION IN LIMINE

Now comes the defendant, Michael Vinal, in the above numbered indictment and moves this Court for an order striking from the superceding indictment the language containing the Sentencing Commission Special Offense Characteristic of a threat allegedly "threatening bodily injury or damage to property." A memorandum of law is annexed hereto and incorporated herein by reference.

Michael Vinal

/s/ Kevin J. Reddington