UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSUETTS

NO. 03-CR-10354-PBS

UNITED STATES

v.

MICHAEL VINAL,
Defendant

# MOTION OF E. PETER PARKER, ESQ. AND ROBERT FOLEY TO QUASH SUBPOENA CALLING FOR MR. PARKER'S TESTIMONY AT TRIAL

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, E. Peter Parker, Esq., and Robert Foley, by their attorneys, move that the Court quash the subpoena calling for Mr. Parker's testimony at the December 13, 2004 trial of this case. In support of this motion, the movants state that the testimony which the government seeks to elicit is protected from disclosure by the attorney-client privilege between Mr. Parker and his client, Robert Foley. In addition, the subpoena should be quashed because compliance would be unreasonable and oppressive. Finally, the subpoena should be quashed because the government cannot show that Parker's testimony will be material – that is, favorable to its cause. The grounds for this motion are more fully set forth in the Memorandum of Law which is filed herewith.

1

Respectfully submitted

E. Peter Parker, Esq.
By his attorney

*/s/ Charles W. Rankin*

Charles W. Rankin
BBO No. 411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

Robert Foley
By his attorney

*/s/ Max Stern/cr*

Max D. Stern
BBO No.
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114
(617) 742-5800