UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSUETTS

NO. 03-CR-10354-PBS

UNITED STATES

v.

MICHAEL VINAL,
Defendant

## AFFIDAVIT OF E. PETER PARKER

Being duly sworn, E. Peter Parker states:

1. My name is E. Peter Parker. I am a member of the bar of the Supreme Judicial Court and of this Court.

2. In April 2003, I contacted Assistant U.S. Attorney Allison D. Burroughs and advised her that I represent Robert Foley. I understood that Ms. Burroughs was conducting an investigation of the company that employs my client, as well as a number of individuals who are employed by the company. Ms. Burroughs described Mr. Foley as a subject of the investigation. She encouraged me to advise Mr. Foley to come to the U.S. Attorney's Office and meet with her and investigators. She said that she would give Mr. Foley a "proffer letter" if he would do so. Later in April, I advised Ms. Burroughs that Mr. Foley would not meet with her to make a proffer.

3. In May 2003, Ms. Burroughs again asked me to bring Mr. Foley in for a proffer. Later in May, I told her that Mr. Foley was still not interested in cooperating. Ms. Burroughs accused me of not acting in the best interest of my client. There were

1

other occasions in May and June 2003 when Ms. Burroughs pressed me to bring Foley in for a proffer.

4. Ms. Burroughs sent Mr. Foley a letter on July 8, 2003. She did not have my permission to do so. A copy of the letter is attached as Exhibit A.

5. I responded to Ms. Burroughs' letter on July 21, 2003. A copy of my response is attached as Exhibit B.

6. On or about October 15, 2004, I received a letter from the prosecutor in this case, as well as a subpoena. Copies of the letter and subpoena are attached hereto as Exhibit C.

7. The investigation of my client's employer, and of my client, is continuing.

Signed under the penalty of perjury on November 17, 2004.

_____
E. Peter Parker