Exhibit A



U.S. Department of Justice

United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

July 8, 2003

Robert M. Foley
21 Freedom Rd.
Forestdale, MA 02644

Dear Mr. Foley:

The Department of Justice guidelines encourage prosecutors to notify individuals who are targets of grand jury investigations. This letter is to advise you that you are the target of a federal grand jury investigation in the District of Massachusetts regarding conduct in connection with your employment at P.A. Landers, in possible violation of 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud) and 1031 (major fraud against the United States).

In order to determine how best to proceed in this matter, I would like an opportunity to discuss your case with an attorney representing you. At that time, decisions regarding what charges might be filed, whether you would want to appear before the grand jury, as well as other matters could be resolved. As I have previously mentioned to your attorney, we are willing to consider immunizing you following a truthful proffer. If you are so inclined, please have your attorney contact me by July 29, 2003; otherwise, this office will proceed with its investigation.

For your attorney's convenience, I can be reached at the above address or at (617) 748-3146.

Sincerely yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Allison D. Burroughs
Assistant U.S. Attorney

cc: E. Peter Parker, Esquire