Law Office of
# E. Peter Parker
One Commercial Wharf North
Second Floor
Boston, MA 02110

tel  (617) 742-9099
fax (617) 742-9989
email  peter@parkerslaw.com
web page    parkerslaw.com

July 21, 2003

Allison Burroughs
United States Attorney's Office
Untied States Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Robert Foley

Dear Allison,

Thank you for copying me on your July 8, 2003 target letter, which you sent directly to my client Robert Foley. I do not understand how you could have determined that it would be appropriate for you to communicate directly with Robert Foley about the grand jury investigation you have made him a target of when you have known for months that I represent him in that matter.

Direct communication between you and Mr. Foley is expressly prohibited by Supreme Judicial Court Disciplinary Rule 4.2, which provides as follows:

> In representing a client, a lawyer shall not communicate about the subject matter of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized by law to do so

At no time have I consented to direct communication between you and Mr. Foley. I am aware of no provision of law that would authorize you to communicate directly with Mr. Foley without my consent. Please do not do so again.

Putting aside the inappropriateness of your direct communication with a represented person, I do not understand why you felt that it was necessary. You and I have discussed Mr. Foley and your investigation on the telephone on numerous occasions and in person at least once. I have returned all of your telephone calls promptly. Under the circumstances, it is difficult not to view your July 8 direct communication with Mr. Foley - coupled with your ongoing criticism of the way I have seen fit to protect Mr. Foley's rights, which is not to your liking - as a deliberate end-run and an attempt to drive a wedge between Mr. Foley and me.

Exhibit B

Law Office of E. Peter Parker                                                                                         2

      In the future, I trust that you will direct all communications intended for Mr. Foley to me. Please instruct your investigating agent to do so as well, should he desire to contact Mr. Foley for any reason.

Very truly yours,

*E. Peter Parker*

cc:    Robert Foley