

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

October 15, 2004

<u>By fax and regular mail</u>
Peter Parker, Esq.
One Commercial Wharf North, Second Floor
Boston, MA 02110

Re:   <u>U.S. v. Michael Vinal</u>

Dear Peter:

As we discussed earlier this week, we are issuing a subpoena for your testimony during the <u>Vinal</u> trial, and I have attached the subpoena.

We will be asking you questions about a very limited topic: whether you passed along to your client, Mr. Foley, the information AUSA Allison Burroughs conveyed to you about the recorded phone call between Mr. Foley and a cooperating witness; and, if so, when.

Our research has confirmed that the answers to these questions are not privileged information. If, however, you find cases that you believe lead to the opposite conclusion, please bring them to our attention as soon as possible, either informally or in a motion to quash. We are certainly willing to reconsider our conclusion that this information is not privileged. As we told you in our phone conversation, Judge Saris has scheduled a hearing on any motion to quash for November 9, at 4:00.

Sincerely,

Adam Bookbinder

cc   AUSA George Henderson

Exhibit C