AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF ———— MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL VINAL

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 03CR10354

TO:   PETER PARKER, ESQ.

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM   #19 |
| --- | --- |
| Receptionist - 9th Floor<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA  02210 | Honorable Judge Saris |
| | DATE AND TIME  Monday<br>December 13, 2004 @ 9:00 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Kindly contact the Assistant United States Attorney listed below on or before

the business day before the trial date.



| | DATE |
| --- | --- |
| U.S. MAGISTRA... CLERK OF COURT | October 14, 2004 |
| (BY) DEPUTY CLERK | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER<br>MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | ADAM J. BOOKBINDER<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA  02210<br>(617) 748-3100 |