UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSUETTS

NO. 03-CR-10354-PBS

UNITED STATES

v.

MICHAEL VINAL,
Defendant

## MOTION TO CONTINUE DATE FOR HEARING ON MOTION TO QUASH SUBPOENA TO E. PETER PARKER

E. Peter Parker, and his client, Robert Foley, move that the Court continue the hearing scheduled for Friday, November 17, 2004 at 3 p.m. so that Foley's counsel can attend the hearing to present argument. In support of this motion, the movants state:

1. E. Peter Parker has been subpoenaed to be a trial witness at the December 13, 2004 trial of Michael Vinal. Mr. Parker is expected to be questioned about his work as counsel to Robert Foley in an investigation that gave rise to the case against Mr. Vinal. Mr. Foley is an employee of the company.

2. As required by United States v. Edgar, 82 F.3d 499, 508 (1st Cit. 1996), and the relevant Rules of Professional Conduct, Mr. Parker notified Mr. Foley of the subpoena. Mr. Foley has retained attorney Max D. Stern to represent him in connection with the subpoena which was served on his lawyer.

1

3. Mr. Parker and Mr. Foley have filed a Motion to Quash the subpoena, together with a memorandum of law. They have requested an opportunity to argue the matter.

4. Mr. Stern is not available on November 19. He will be out of town with his family.

Respectfully submitted

E. Peter Parker, Esq.
By his attorney

_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

Robert Foley
By his attorney

_____
Max D. Stern
BBO No.
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114
(617) 742-5800