UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSUETTS

NO. 03-CR-10354-PBS

UNITED STATES

v.

MICHAEL VINAL,
Defendant

## CERITIFICATE OF SERVICE

I certify that I have served the following documents upon counsel of record by delivering copies to George Henderson, Assistant U.S. Attorney, 1 Courthouse Way, Boston, MA 02210, and mailing copies to Kevin Reddington, 1342 Belmont Street, Brockton, MA 02301 and Max Stern, 90 Canal Street, Boston, MA 02114 on November 17, 2004:

1. Motion of E. Peter Parker and Robert Foley to Quash Subpoena Calling for Mr. Parker's Testimony at Trial;

2. Memorandum of Law in Support of Motion of E. Peter Parker and Robert Foley to Quash Subpoena Calling for Mr. Parker's Testimony at Trial;

3. Affidavit of E. Peter Parker; and,

4. Motion to Continue Date for Hearing on Motion to Quash Subpoena to E. Peter Parker.

_____
Charles W. Rankin

1