UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )        Criminal No. 03-10354-PBS
                                )
MICHAL VINAL                    )
_____ )

## UNITED STATES' REQUESTED VOIR DIRE QUESTIONS

The United States requests that the Court ask prospective jurors the following  voir dire questions:

1.      Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2.      Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3.      Are you, a family member, or someone close to you employed by any law enforcement agency?

4.      Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with the department of transportation, with a law enforcement official, or with the criminal justice system that might influence your consideration of this case?

5.     The defendant in this case works for a road construction company called P.A. Landers. Do you, does a family member, or does someone close to you work for P.A. Landers?

6.     Have you, a family member, or someone close to you had any experience, favorable or unfavorable, with P.A. Landers that might influence your consideration of this case?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


Dated: November 24, 2004          By:   /s/ Adam Bookbinder
                                   Adam J. Bookbinder
                                   George B. Henderson, II
                                   Assistant U.S. Attorneys