UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | Criminal No. 03-10354-PBS |
| ) | |
| MICHAL VINAL             ) | |

### GOVERNMENT'S MOTION
### TO SEAL TRIAL BRIEF

The government asks the Court to direct that its Trial Brief be sealed until the trial in this case begins. The government makes this request because the trial brief discusses an ongoing grand jury investigation. While this information may be the subject of testimony at the trial, the government believes that it is important to delay disclosure of this grand jury material as long as possible. Furthermore, if the defendant were to decide to plead guilty, there would be no reason to disclose this information at all.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Adam J. Bookbinder
George B. Henderson, II
Assistant U.S. Attorneys

Date: November 24, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have served this pleading by first-class mail on defense counsel listed below:

    Kevin Reddington, Esq.
    1342 Belmont St.
    Brockton, MA 02301

Dated: November 24, 2004

                                            Adam Bookbinder