UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**Criminal No.**
**03-10354-PBST**

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## DEFENDANT'S MOTION TO STRIKE ALLEGATIONS IN INDICTMENT

Now comes the defendant, Michael Vinal, in the above numbered indictment and moves this Court for an order striking from the indictment any reference to allegations that Assistant U.S. Attorney Allison Burroughs spoke to Attorney Peter Parker who was representing R.F. and allegedly had a conversation which was allegedly conveyed by Peter Parker to R.F. and thereby from R.F. to defendant, Vinal.

In support of the within motion the defendant annexes an affidavit of counsel hereto which is incorporated herein by reference.

          Michael Vinal
          By his attorney


          /s/ Kevin J. Reddington