UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10354-PBST

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## AFFIDAVIT IN SUPPORT OF
## DEFENDANT'S MOTION TO STRIKE ALLEGATIONS IN INDICTMENT

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that;

1.) I represent the defendant, Michael Vinal.

2.) On December 2, 2004 I received notification that the Commonwealth was seeking to withdraw its subpoena to Attorney Peter Parker.

3.) The government intended initially to offer evidence that Allison Burroughs spoke to Peter Parker regarding the electronic interception of a conversation between Thomas Fitzgerald, cooperating government witness (victim as alleged in instant indictment) and told Parker of the conversation.

4.) The government intended to argue that Parker either conveyed or was obligated to convey this information to his client and therefore an inference could be drawn that the individual, Foley, then spoke to Vinal who then threatened the alleged victim.

5.) I have personal knowledge that Attorney Parker conveyed exculpatory evidence to the counsel for the government indicating that he, in fact, never did convey that information to Mr. Foley, his client, and the government as a result has withdrawn its subpoena to Attorney Parker and does not intend to present evidence regarding this purported conversation and any inferences to be drawn thereby.

6.) Based upon the government's knowledge of the truth and veracity of the non-communication it would be prejudicial and improper for this language to be in the indictment. As a result the defendant moves for an order striking this information from the indictment.

Signed under the pains and penalties of perjury this 3rd day of December, 2004.

/s/ Kevin J. Reddington