UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**Criminal No.**
**03-10354-PBST**

UNITED STATES OF AMERICA

VS.

MICHAEL VINAL

## DEFENDANT'S LIST OF WITNESSES

      Now comes the defendant, Michael Vinal, in the above numbered indictment and submits the following as his list of witnesses;

Keeper of the Records
Town of Somerset
(personnel file of Thomas Fitzgerald)

Attorney E. Peter Parker
One Commercial Wharf North
Boston, MA  02110

Attorney Francis M. O'Boy
41 Harrison Street
Taunton, MA

                                      Michael Vinal
                                      By his attorney

                                      /s/ Kevin J. Reddington