UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10354-PBS |
| | ) | |
| MICHAL VINAL | ) | |
| | ) | |

**UNITED STATES' MOTION FOR AUTHORIZATION
TO DISCLOSE INFORMATION PURSUANT TO FED. R. CRIM. P. 6(e)**

Pursuant to Fed. R. Crim. P. 6(e), the United States requests authorization to disclose to defense counsel information concerning the grand jury investigation of "ABC Company" that is referenced in the Superseding Indictment and in the government's Trial Brief. The United States also requests authorization to disclose at the trial of this matter such grand jury information as it deems appropriate to the prosecution of this matter.

Rule 6(e)(3)(E) of the Federal Rules of Criminal Procedure provides that the court may authorize disclosure of matters occurring before the grand jury "preliminary to or in connection with a judicial proceeding." In this case, disclosure to the defendant of grand jury information concerning the underlying grand jury investigation is appropriate in order to provide the defendant with information that may constitute <u>Jencks</u> material or impeachment information. In addition, the government has listed as a trial exhibit a grand jury subpoena, and this exhibit should be provided to defense counsel. Other information concerning the grand jury proceedings will need to be disclosed at the trial of this matter.

The United States therefore requests permission to provide to the defense, and to disclose at trial, such grand jury information as the United States deems necessary and appropriate for the prosecution of the instant criminal matter. The United States does not propose to disclose such grand jury for other purposes except to the extent otherwise authorized by law.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:   /s/ Adam Bookbinder
                                      Adam J. Bookbinder
                                      George B. Henderson, II
Date: December 6, 2004              Assistant U.S. Attorneys