# Feds probing Hanover road builder

## P.A. Landers suspected of overbilling government

**By SUE REINERT**
The Patriot Ledger

A federal grand jury is investigating one of the state's largest highway contractors for alleged overbilling on federal road projects.

P.A. Landers Inc. of Hanover allegedly charged the government for asphalt it did not provide or supplied less than it billed for, court papers say.

Federal agents searched the company in March 2003 and the investigation is continuing, documents filed in U.S. District Court in Boston say.

John K. Markey, a Boston lawyer representing P.A. Landers, said Friday that "virtually every paving contractor" in Massachusetts has been "subject to federal subpoenas in the last year" regarding federal highway projects.

"There is nothing new or unusual about this," Markey said. He also said the government's most recent request for company records was part of a civil case, not a criminal investigation.

Markey declined to say whether there is a criminal investigation or when the government last asked for records, or to answer any other questions about the case.

Company vice president Steven Legare did not return calls seeking comment Friday. Samantha Martin, spokeswoman for the U.S. attorney's office, said

> "There is nothing new or unusual about this."
> **John K. Markey, lawyer for P.A. Landers**

Please see LANDERS — Page 2

---

## Hanover road contractor suspected of overbilling government

### LANDERS
### Continued from Page 1

she could not comment or confirm the existence of a grand jury investigation.

P.A. Landers has worked on major highway contracts such as the reconstruction of Route 44 in Plymouth and Carver and the reconstruction of Route 3 in Hanover, as well as local road projects.

When it was founded in 1958 by Preston "Skip" Landers, it did little more than install septic systems. The company has grown to a privately held firm that is a major blockbuster supplier of sand, gravel, asphalt and concrete, which it uses in its major business of road building.

The grand jury investigation is usually secret, came to light in court papers filed in a related case, the indictment of a Halifax man who used

to work for another Landers employee, Robert Foley of the Freedale section of Sandwich on Cape Cod, disclosed the company's name.

Foley, a crew leader who supervised Vinal, is a target of the investigation in so far as taking court papers say.

The letter from Assistant U.S. Attorney Allison D. Burroughs offered Foley possible immunity from prosecution if he cooperated with the investigators.

Foley has not been charged. He could not be reached Friday. His Boston attorney, E. Peter Parker, declined to comment.

Court papers indicate that actions the law firm has taken in investigating P.A. Landers has cost more than 18 months.

In March 2003 an unnamed cooperating witness taped a telephone conversation with Foley that would be "some incriminating"

ments, the Vinal indictment said.

Another court document says the witness had left the company several months before it taped the conversation with Foley.

Agents searched P.A. Landers in March 27, alerting workers to the investigation. On April 9 the grand jury subpoenaed additional records.

In early June a prosecutor told Foley's attorney, Parker, that Foley was being investigated and that a cooperating witness had taped an incriminating telephone call with Foley.

Vinal allegedly made the threats to the witness shortly afterward, on the evening of June 18.

Prosecutors ordered Parker to testify at Vinal's coming trial about what the attorney told Foley about the taped conversation with Foley, claiming cooperation with Foley during would be "highly relevant" because it would prove that Vinal, who worked closely with Foley, knew about the taping before he made the threat, the government argued.

Parker fought the subpoena on the ground that it would violate the confidentiality of his communication with his client. On Thursday the government withdrew the subpoena.

Parker's attorney, former U.S. Attorney Charles Rankin, said Friday that prosecutors engaged in a "fishing expedition." Rankin said the government "acted unethically" in contacting Foley directly and that the prosecution's behavior "had the effect of trying to undermine the attorney-client relationship."

Martin, the U.S. attorney's spokeswoman, declined to comment on why the government withdrew the subpoena.

*Sue Reinert may be reached at sreinert@ledger.com.*