**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

**Criminal No.**
**03-10354-PBST**

**UNITED STATES OF AMERICA**

**VS.**

**MICHAEL VINAL**

**REQUEST FOR JURY QUESTIONS**

      Now comes the defendant, Michael Vinal, in the above numbered indictment and moves this Honorable Court for an order pursuant to Rule 24A of the Federal Rules of Criminal Procedure for permission to conduct examination of prospective jurors or in the alternative conduct examination of the prospective jurors itself.

      In accordance with said Rule, in the event that this Court deems appropriate the defendant submits additional questions for the Court to consider posing to the jury or allowing counsel to ask the jurors as it deems proper;

**Statement of Fact**

      The government alleges that one Thomas Fitzgerald was an employee of the P.A. Landers Corporation. Mr. Fitzgerald was the supervisor in charge of road work. Michael Vinal was an employee working on road crews for P.A. Landers.

      The government alleges that Fitzgerald was approached by government agents and as a result of conversations with the agents became a cooperative government witness who has been granted immunity. Fitzgerald, according to government allegations, received a telephone call from an individual who he alleges is Michael Vinal wherein the government alleges that he was threatened as a result of his cooperation in the federal investigation.

**Proposed Questions**

    1.)    Having heard some of the circumstances alleged by the government do you recall reading about this case or any proceedings incident to this case in the newspaper or on television and radio?<sup>•</sup> (If yes, inquire as to what recollection is).

    2.)    Do you have any personal concerns or feelings regarding the allegations of this case that form the basis of the charges that would affect your ability to sit as an impartial juror in this case?

    3.)    Are you aware of any personal biases, prejudices, opinions or leanings that would prevent you from sitting in fair judgment on a case involving allegations involving the killing of another human being?

    4.)    Have you or a member of your family ever been the victim of a violent crime? (If so, when?)

    5.) Have you or any members of your family been the subject of a criminal investigation?

    6.)    Are you aware that an indictment is not evidence of this Defendant's guilt? It is merely the formal manner by which the government brings a person into Court to answer the charges. You must not prejudice this Defendant because a charge has been brought against him.

    7.)    Do you understand that the law does not require a Defendant to prove his innocence or to produce any evidence, nor is he bound to prove that he did not commit the crime alleged? He may rely on evidence brought out in cross-examination of witnesses for the government. You must acquit the Defendant unless you find that the Government has proven him guilty beyond a reasonable doubt.

---

<sup>•</sup> On Saturday, December 4, 2004, a front page article was produced in the *Patriot Ledger* which is a newspaper of significant subscription in the South Shore area. A copy of the article is annexed hereto and incorporated herein by reference for the Court's review.

8.) Do you understand that this Defendant is presumed to be innocent? This presumption is with him at the outset of the trial and continues with him through all its stages, unless and until he is proven guilty beyond a reasonable doubt.

9.) Would you tend to believe the testimony of police officers or government witnesses over that of a civilian witness simply because of his or her position of authority as a police officer. <u>United States vs. Anagnos</u>, 853 F.2d 1 (1st Cir. 1988).

10.) In the converse, would you tend to disbelieve the testimony of a police officer over that of a civilian witness simply because of his or her position as a police officer?

11.) Have you or any member of your family in the past been an employee of law enforcement, including the United States Attorney's Office, any District Attorney's Office or police department? If so, please disclose what your connection with law enforcement is or was or that of your family member and whether or not such connection would preclude you from sitting in fair judgment on this case or cause you to feel a bias towards the government.

12.) Do you understand that the prosecution has the burden of proving the Defendant's guilt beyond a reasonable doubt? This is the highest standard of proof known to law. The degree of certainty required to convict is unique to the criminal law. It is not a degree of certainty customarily used by people in your private decisions. This standard of proof is that state of the case, which, after the entire comparison and consideration of all the evidence, leaves the minds of the jurors in that condition that they cannot say they feel an abiding conviction, to a moral certainty, of the truth of the charge. The burden of proof is upon the prosecutor. All the presumptions of law independent of evidence are in favor of innocence; and every person is presumed to be innocent until he is proven guilty. If upon such proof there is reasonable doubt remaining, the accused is

entitled to the benefit of it by acquittal. For it is not sufficient to establish probability, though a strong one, that the fact charged is more likely to be true than the contrary; but the evidence must establish the truth of the fact to a reasonable and moral certainty; a certainty that convinces and directs the understanding, and satisfies the reason and judgment, of those who are bound to act conscientiously upon it. Do you understand the principle of law?

13.) The presumption of innocence alone is sufficient to acquit the Defendant unless the jurors are satisfied beyond a reasonable doubt of his guilt after careful and impartial consideration of all the evidence in the case. The prosecution always has the burden of proving the Defendant guilty of the crime charged beyond a reasonable doubt. Never does the Defendant have the burden to prove his innocence. If the prosecution fails to convince you beyond a reasonable doubt of the truth of the charge, then you are duty bound to acquit the Defendant no matter what suspicions you may feel as to his guilt.

14.) The rule which requires proof of guilt beyond a reasonable doubt must be applied to every element necessary to constitute the crimes charged so that if you are not satisfied beyond a reasonable doubt on any single element, you must find the Defendant not guilty.

15.) Do you understand that in determining whether the testimony of a witness should be believed by you, you may consider whether, prior to this trial, he/she had made a statement or statements inconsistent with his/her testimony in court before you? If you find that the witness has made such a statement, you may consider such prior inconsistent statements as bearing upon the credibility of his/her testimony in court and may, if you in your good judgment choose to do so, disregard such testimony in whole or in part or not at all. An inconsistency need not be expressed in contradictory propositions; it is enough if the implications of what has been said tend in a different direction from what was sworn to in this Court.

16.)    In evaluating the credibility of any witness you should also consider whether the witness has any personal interest in his or her testimony.  If you find that any witness may be motivated by a personal interest in testifying, you may consider that fact if in your good judgment you choose to do so in determining for yourself whether or not you can believe all or any part of the testimony of that witness.

17.) If you find that the evidence tends equally to sustain either of two inconsistent propositions, including guilt or innocence, neither of them can be said to have been established by legitimate proof.  Thus, you must acquit the Defendant if your deliberations of the evidence leaves you in such a state of inconsistent propositions.

Michael Vinal
By his attorney

/s/ Kevin J. Reddington, Esq.