UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHSUETTS

FILED
IN CLERKS OFFICE

2004 DEC -3  P 3: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

NO. 03-CR-10354-PBS

UNITED STATES

v.

MICHAEL VINAL,
Defendant

## WITHDRAWAL OF MOTION TO QUASH SUBPOENA TO E. PETER PARKER

E. Peter Parker, and his client, Robert Foley, hereby withdraw the motion to quash the subpoena directed to Mr. Parker. In explanation, they state that the government has agreed to withdraw its subpoena, obviating the necessity for a ruling on the motion to quash.

Respectfully submitted

E. Peter Parker, Esq.
By his attorney

Charles W. Rankin
BBO No. 411780
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110
(617) 720-0011

Robert Foley
By his attorney

Max D. Stern
BBO No.
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114
(617) 742-5800

1

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing upon counsel of record by mailing copies to Assistant U.S. Attorney George B. Henderson II and to Kevin Reddington on December 2, 2004.

_____
Charles W. Rankin