SCANNED

DATE: 12-3-04

BY: CMG

**U.S. Department of Justice**

FILED
CLERKS OFFICE

*United States Attorney*
*District of Massachusetts*

---

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

December 2, 2004

BY FAX AND REGULAR MAIL

Charles W. Rankin, Esq.
Rankin & Sultan
One Commercial Wharf North
Boston, MA  02110

      Re:    United States v. Michael Vinal, No. 03-CR-10354-PBS (D. Mass.)

Dear Charlie:

    In view of the affidavit Mr. Parker has provided, the United States hereby withdraws the trial subpoena to Mr. Parker. We will advise the court that the motion to quash is moot and need not be addressed at tomorrow's hearing.

                                Sincerely,

                                George B. Henderson, II
                                Assistant U.S. Attorney

cc:    Robert Alba, Courtroom Clerk
        Kevin J. Reddington, Esq.
        Max Stern, Esq.
        Adam Bookbinder, AUSA