UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 03-10354-PBS |
| MICHAL VINAL | ) ) ) | |

### UNITED STATES' SUPPLEMENTAL REQUESTED VOIR DIRE QUESTIONS

The United States requests that the Court ask prospective jurors the following voir dire questions, in addition to those that the government has already proposed:

1. The government anticipates presenting testimony of two cooperating witnesses who assisted the government with this investigation in exchange for an agreement not to prosecute them. Is there any member of the panel who has such strong feelings about the use of informants or cooperating witnesses that those feelings might interfere with his or her ability to be fair and impartial?

2. The government may present a tape recording of a telephone call made by a cooperating witness and law enforcement officers secretly recording a conversation with another person. The recording was made legally and should be weighed by you as any other evidence. Do you have any feelings or opinions concerning this investigative technique that would affect your ability to serve as an impartial juror on this case? For example:

    (A) Do you believe that it is unfair or improper for the government to record conversations of individuals without their knowledge?

      (B)    Do you have any bias or prejudice against the use of recorded conversations that would prevent you from accepting these recorded conversations as evidence?

<div style="margin-left: 3em;">
Respectfully submitted,

MICHAEL J. SULLIVAN  
United States Attorney
</div>

Dated: December 12, 2004      By:   /s/ Adam Bookbinder  
                                           Adam J. Bookbinder  
                                           George B. Henderson, II  
                                           Assistant U.S. Attorneys