UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )   Criminal No. 03-10354-PBS<br>)<br>MICHAL VINAL                )<br>) | *Filed in<br>Open Court<br>12-3-04* |

### UNITED STATES' REQUEST FOR PROTECTIVE ORDER

The United States requests that the Court issue the attached proposed protective order. The order is necessary to ensure that, to the extent possible, the discovery material that the government has produced, almost all of which stems from the ongoing grand jury investigation into the company referred to as ABC Company, remains secret. This request is in the interest of justice because release of this material could jeopardize the investigation

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: December 3, 2004         By: _____
                                Adam J. Bookbinder
                                George B. Henderson, II
                                Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

      This is to certify that I have served this pleading by hand on defense counsel listed below:

    Kevin Reddington, Esq.
    1342 Belmont St.
    Brockton, MA 02301

                                                    */s/ Adam Bookbinder*
                                                    Adam Bookbinder