UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )  Criminal No. 03-10354-PBS<br>)<br>MICHAL VINAL )<br>) | |

PROTECTIVE ORDER

To ensure that grand jury material and other sensitive material relating to the ongoing investigation into the company referred to as ABC Company remains secret, the Court orders defense counsel and the defendant to take the following steps for all discovery material the government has produced:

- Defense counsel will not show this material to, or discuss it with, anyone other than the defendant;

- Defense counsel will not give copies to the defendant but will rather have him review counsel's copy;

- The defendant will not discuss this material with anyone other than defense counsel;

- After the trial, defense counsel will destroy this material or return it to the government.

Dated: 12/3/04

/s/ Patti B. Saris
Hon. Patti B. Saris

( by agreement )