# United States District Court

DISTRICT OF __MASSACHUSETTS__

USA v. Michael Vinal

EXHIBIT LIST

CASE NUMBER: 03cr10354-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Saris | Bookbinder, Henderson | Reddington |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/13/04, 12/14, 12/15 | Marianne Kusa-Ryll | Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | 12-13-04 | | ✓ | PHONE LIST |
| 4 | | 12-13-04 | | ✓ | TAPE OF PHONE CONVERSATION |
| 5 | | 12-13-04 | | ✓ | TRANSCRIPT OF EXHIBIT #4 |
| 6 | | 12-13-04 | | ✓ | TELEPHONE RECORDS |
| 3 | | 12-14-04 | | ✓ | LETTER FROM ALLISON BURROUGHS TO JOHN MARCY RE: GRAND JURY SUBPOENAS |
| 1 | | 12-14-04 | | ✓ | TAPE OF PHONE CONVERSATION |
| 2 | | 12-14-04 | | ✓ | TRANSCRIPT OF EXHIBIT #1 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages