# United States District Court

DISTRICT OF __MASSACHUSETTS__

USA v. Michael Vinal

**WITNESS LIST**

CASE NUMBER: 03cr10354-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Saris | A. Bookinder, Henderson | Reddington |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/13/04 - 12/14, 12/15 | Marianne Kusa-Ryll | R. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/13/04, 12/14/04 | | | Todd Andrew Damiani - SA, USDOT |
| 2 | | 12-14-04 | | | Richard Gleason |
| 3 | | 12-14-04 | | | Allison Burroughs |
| 4 | | 12-14-04, 12-15-04 | | | Thomas Fitzgerald |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages