UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES                 )
                              )
        v.                    )    CRIMINAL NO. 03-10354-PBS
                              )
MICHAEL VINAL,                )
            Defendant.        )
_____)
```

**VERDICT**

Received 12/15/04 11:42 AM

Saris, U.S.D.J.

    Charge: Tampering with a Witness - 18 U.S.C. §1512(b)(3)

    __✓__ Not Guilty            _____ Guilty

I certify that the above verdict is unanimous.

_Edward McLaughlin_
JURY FOREPERSON

Dated: _12/15/04_