UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MICHAEL VINAL

CRIMINAL ACTION
NO. 03-10354-PBS

### JUDGMENT OF ACQUITTAL

The Defendant having been found not guilty by jury on December 15, 2004, IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

The Honorable Patti B. Saris
Judge, United States District Court
Name and Title of Judicial Officer

12/15/04
Date