FILED
In Open Court
USDC, Mass.
Date 12-14-04
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CRIMINAL
03-10354-PBS

UNITED STATES
    vs
Michael VINAL

} MOTION FOR PROTECTIVE ORDER

12/13/04 allowed. Patti B Saris

Now comes Francis M. O'Boy, counsel for Thomas Fitzgerald, a witness for the government in the above entitled case now on trial before Hon Patti Saris, and moves that the court issue a protective order to him for December 15, 2004, so that he might be present before the court in the event he is needed to counsel his client on any issue of privlege which might arise during the testimony of his client

Respectfully submitted
Francis M. O'Boy
c/1 Harrison St
Taunton, MA 02780
BBO 375465

Protective Order allowed
v/ the Court December 14, 2004