UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAL VINAL )<br>) | Criminal No. 03-10354-PBS |

## ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Richard Gleason to give testimony or provide other information pursuant to the provisions of 18 U.S.C. §§ 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. The government has issued a subpoena for Richard Gleason to testify in the above-captioned trial. The government also anticipates that a grand jury will issue a subpoena for his testimony in a related, ongoing investigation;

2. Gleason, through counsel, has refused to testify or provide other information on the basis of his privilege against self-incrimination;

3. In the judgment of the United States Attorney, Gleason's testimony may be necessary to the public interest.

4. This Application is made with the approval of Bruce C. Swartz, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in him by 18 U.S.C.§ 6003(b) and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. §§ 6002 and 6003, that Richard Gleason shall give testimony or provide other information as to all matters about which he may be interrogated at trial and before the Grand Jury of the United States.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Richard Gleason in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
UNITED STATES DISTRICT JUDGE

DATE: December 13, 2004